NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICOR CORPORATION,**
*Appellant*

**v.**

**SYNQOR, INC.,**
*Appellee*

---

2022-1593

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,702.

---

**ON MOTION**

---

**O R D E R**

Vicor Corporation moves unopposed to dismiss this appeal pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                        VICOR CORPORATION v. SYNQOR, INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

January 13, 2023                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE:  January 13, 2023